UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL JOSEPH ANKUDA,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS STATE ATTORNEY GENERAL<br><br>Respondent. | Civil Action No.<br>25-11836-FDS |

## ORDER

**SAYLOR, J.**

Pretrial detainee Paul Joseph Ankuda, who is proceeding *pro se*, filed a pleading captioned as a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in which he complains of conditions of confinement at Bridgewater State Hospital and the fact of his confinement. Ankuda filed a motion for leave to proceed *in forma pauperis* with the petition. In an order dated October 23, 2025, the court denied the motion without prejudice because Ankuda had not filed a prison account statement. The court directed Ankuda to pay the $5.00 filing fee or file a renewed motion for leave to proceed *in forma pauperis* with a prison account statement. The court stated that failure to do so within twenty-one days could result in dismissal of the action.

The deadline for paying the fee or filing a renewed *in forma pauperis* motion has lapsed without any response from Ankuda. Accordingly, the court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

**So ordered.**

Dated: January 20, 2026

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge